# UNITED STATES DISTRICT COURT

for the

Middle District of **Alabama**

**Eastern** Division

RECEIVED

2024 NOV -6  P 12: 12

Leroy Williams, Jr.
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Jeanette Little
Michael Anderson
Saeed Shah
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Official Capacity in addition
to Individual Capacity

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Leroy Williams, Jr. |
| Street Address | P.O. Box 243 |
| City and County | Opelika, Lee |
| State and Zip Code | Alabama 36803 |
| Telephone Number | 334444-1215 |
| E-mail Address | lw365972egmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**

| | |
|---|---|
| Name | Tazi Flournoy |
| Job or Title *(if known)* | High Intensity Psychatric Unit |
| Street Address | 2400 Hospital Rd Bldg 400 |
| City and County | Tuskegee, Macon |
| State and Zip Code | Alabama 36083 |
| Telephone Number | (334) 272-4670 334-727-0550 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Cora McConnell |
| Job or Title *(if known)* | Property Manager/Owner |
| Street Address | 1500 Pinehurst Dr |
| City and County | Opelika, Lee |
| State and Zip Code | 36801 ALABAMA |
| Telephone Number | (334) 749-9900 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Michael Porter |
| Job or Title *(if known)* | Owner |
| Street Address | 1500 Pinehurst Dr |
| City and County | Opelika, Lee |
| State and Zip Code | 36801 ALABAMA |
| Telephone Number | (334) 749-9900 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | David Mieles |
| Job or Title *(if known)* | |
| Street Address | 2400 Hospital Rd Bldg 200 |
| City and County | Tuskegee, Macon |
| State and Zip Code | ALABAMA 36083 |
| Telephone Number | (334) 272-4670 334-727-0550 |
| E-mail Address *(if known)* | |

Defendant No. 5
Name: Dilipkumar Patel
Job or Title: Neurologist
Street Address: 4425 Memorial Drive
City and County: Decatur Dekalb
State and Zip Code: Georgia 30032
Telephone Number (404) 298-8145
Defendant No. 6
Name: Billy Joel Holley
Job or Title: Magistrate Judge
Street Address: 300 Martin Luther King Boulevard
Opelika, AL 36801   Telephone Number (334) 705-5190

Defendant No. 7
Name: Jeffrey Jones
Job or Title: High Doctor
Street Address: 2400 Hospital Rd Bldg 400
City and County: Tuskegee, Macon
State and Zip Code: Alabama 36083
Telephone Number (334) 272-4670 334-727-0550

Defendant No. 7
Name: Surya Mudragada
Job or Title: MD psychiatrist
Street Address: 2400 Hospital Rd Bldg 200
City and County: Tuskegee Macon
Telephone Number (334) 272-4670 334-727-0550

Defendant No. 8

Name: Robert Flournoy Jr.

Job or Title: High Intensity Psychiatric Unit

Street Address: 2400 Hospital Rd Bldg 400

City and County: Tuskegee, Macon

State and Zip Code: Alabama 36803

Telephone Number: (334) 272-4670  334-727-0550

Defendant No. 9

Name: Michael Nolan

Job or Title:

Street Address: 1500 Pinehurst Dr.

City and County: Opelika, Lee

State and Zip Code: 36801

Telephone: (334) 749-9900

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C § 1981, 1982, 1983, 1985, 1986  28 U.S.C 1367  42 U.S.C. 32000a

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Leroy Williams, Jr. , is a citizen of the
State of *(name)* Alabama .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*
_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Saeed Shah , is a citizen of
the State of *(name)* Alabama . Or is a citizen of
*(foreign nation)* _____ .

2. a) Jeanette Little
   Georgia

   Michael Anderson
   Georgia

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Continuous and ongoing conflict of interest relationships
Continuing violations and Repeated Violations

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

DeKalb County Detention Center Infirmiry and Medical Depart
ment. Pinehurst Villas Apartments, The Village at St Mary's Rd
Tuskegee VA Hospital Mental Health Department. Bullock
County Hospital. High Intensity Psychiatric Unit BLDG 400
OYO Hotel and Springwood Hotel/Opelika Public Library
Opelika Post Office.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Jan 1 2009 - Present

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

See attached

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11/2/2024

Signature of Plaintiff    *Leroy Williams Jr.*

Printed Name of Plaintiff    *Leroy Williams Jr.*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

C. On or about November 22 2018 I heard speaker noises for the first time coming from behind each ear, when I was living at the Pinehurst Villas Apartments in Opelika AL. I moved to that apartment complex on a referral from Alan Moore who was acting as my case manager when I was trying to move out on my own and participate in the Homeless Veteran Program. I received my first electronic communications by way of these two surgically implanted speakers from the High Intensity Psychiatric Unit at BLDG 400 on the Tuskegee VA Medical Center Campus. It was at that time when I was sitting on my sofa at Pinehurst Villas Apts that I realized I had a surgery many years earlier at the Dekalb County Georgia Detention Center Infirmary to correct a pneumothorax. Some doctor(s) performed an additional surgery to implant two speakers behind my head. I would later receive electronic communications by way of these two surgically implanted speakers that there was also another surgery performed along with that surgery while I was already under anesthesia for another surgery (to correct a pneumothorax) to implant a mindreader device inside my head. These surgeries took place around the year 2009. The electronic communications I received from the High Intensity Psychiatric Unit informed me that control of this involuntary setting which controls the surgical implants and other

P1

modified electronic appliances located inside the apartment that I rent, inside the hotels/motels that I rent since moving to Pinehurst Villas Apartments, and in other locations in the public where I go such as the Opelika Public Library, Dollar General, Family Dollar, Piggly Wiggly, was all set up to keep track of my locations and whereabouts for my past run ins with the law, and for my past court conduct and criminal history.

Cora McConnell was the property manager and owner at the Pinehurst Villas Apartments when these two surgically implanted speakers came on for the first time along with other modified electronic appliances installed inside of the apartment which work together to send me electronic messages (voice) and continuous unceasing harassing communications. Cora McConnell was the property owner and manager when the electronic monitoring started which gives the owners, tenants, and visitors a way to take advantage of the mindreader which is in use to follow me around and know my exact locations, and also which allows them to be able to role play verbal harassing communications from the walls and doors of the apartment she rented to me while I receive the same verbal harassing communications by way of these two surgically implanted speakers, and other modified electronic appliances

P2

At the same time when the power is engaged.
Cora McConnell allowed someone to set up
and install modified electronic appliances
inside the apartment. along with a monitoring
program ( groups of people/tenants) which coordinate
its activities with the front office and the High
Intensity Psychiatric Unit. This set up allows
Tazi Flanney who works for Robert Flanney Jr.
who both work at the High Intensity Psychiatric
Unit. to read my mind and play evil mind
games which includes name calling. and creating
a gay black man voice to deliver the harassment
in many different funny picking voices, all from
an involuntary setting that I have no control
over. This set up also allows them to be able
to do evil things with the two surgically implanted
speakers and mind reader device. such as with
comarg me about things like VA Compensation
being turned off, or not getting proper dental
treatment, and then sending strong dancing
vibrations to the back of my head along with
increasing the volume and high pitched
frequency sounds.
Cora McConnell sued me in the name of
Pinehurst Villas Apartments

Cora McConnell and Alan Moore allowed the Section 8 voucher that I was approved for under the Homeless Veteran program to expire before I signed the leases.

Cora McConnell sued me in the name of Pinehurst Villas Apartments for rent I would have never owed in the first place if I had took possession of the apartment before the Section 8 voucher had expired. I made statements in front of Cora McConnell at Small Claims Court and she did not contest my statement that I would have never owed what she said was owed in the first place. Cora McConnell refused me eviction and stated she just wanted possession of the apartment and no money from me. I appealed the judgment. She never came to the next two court hearings. I submitted evidence in circuit court that I wouldn't have owed what she said was owed when she sued me in the name of Pinehurst Villas in Small Claims Court. The final judgment went to Pinehurst Villas Apartments. I have receive many electronic messages inside my hotel/motel room and apartment telling me Don't do over McConnell. I interpret that to be

P4

a threat and not to sue Cora McConnell who never bothered or had an excuse for not coming back to court.

On or about November 22 2018 - Present. I began receiving electronic communications in a gay black man's voice which identified itself as Tazi Flowray who works under Saveed Shah at the High Intensity Psychiatric Unit. This person (the machine located inside my apartment/a modified air conditioner appliance/adversary which speaks verbal communications) speaks verbal communications right into my living space and right into the back my head at the same time. This person is controlled from long range outside of my view from the High Intensity Psychiatric Unit. This person speaks for everyone including myself. This person speaks continuous ongoing harassing communications and death threats by way of the two surgically implanted speakers located behind my head, and by way of other modified electronic appliances, while reading my mind and inducing arguments between me and itself who uses other peoples names that either send me messages, or allows them

to send me messages, or the people whose
name they use such as Jeanette Little, Michael
Andrem, Michael Porter, David Porter, Mario Andretti,
Michael Andretti, Cara McConnell, Saeed Shah,
David Mieles and others may not even know
they are using their names to send me messages
from them.

This person broadcasts all of my private thoughts
and living activities on every property that I
go on and interferes with all of my independant
living activities. This black gay mans personality
sent me an electronic message that said necae
pickin sissies. This black gay man personality
identified itself as Tazi Flournoy and identified
the reason for pickin which is revenge for my
past run ins with the laws and his family mem
bers. This verbal harassing communications keep
me arguing with people by way of a machine voca
ted inside of my apartment who I don't physi
cally everyday while other people around me role
play verbal harassing communications from outside
walls of my apartment.

On or about ~~January~~ April 19 2019 Tazi Flournoy
made sexually harassing verbal communica
tions toward a black female owner who was
lying down on a bed next to me at CSL Plasma
In Auburn AL. while he stood under the video
surveillance cameras.

P6

I only made a grunt sound without opening my mouth toward the same female donor. A few days later when I came to donate blood plasma again, a white male supervisor told me that I could no longer donate. He said a female donor said that I made sexually harassing comments to her while I was donating. I asked him for a copy of the report that was made and he said he had none. I was never able to donate again and Tazi Flournoy continued to work there after he made those sexually harassing statements in front of their camera.

On or about January 13 2019 Tazi Flournoy appeared at the Tuskegee VA Cafeteria when I was in treatment at the High Intensity Psychiatric Unit where he works at, and made a statement to me in front of two other black men. He said Robert Flournoy Jr is gonna kill you. Robert Flournoy Jr works at the High Intensity Psychiatric Unit. I interpreted that to mean something related to the electronic communications and death threats I was receiving ~~taken~~ by way of the two surgically implanted speakers located behind my head while other people who worked there rode played verbal harassing communications along with other patients.

P7

Tazi Flournoy appeared as my last appointment with David Mieles in the lobby of the Tuskegee VA Mental Health Department and made verbal harassing communications toward me as the workers behind the desk look on and do nothing but tell me to keep it down while we both go back and forth before he decided to get up and leave. Once again Tazi Flournoy seems to know my location and what time I'm gonna be somewhere that he can be also.

On or about 2009-Present, at different times Christopher Hughes, Jerry Anderson, and Michael Anderson has presided over different cases at first appearance, arraignment, and trials at the Dekalb County Georgia State and Superior Courts before and after the two court social worker interviews, at the Dekalb County Detention Center, for disrupting two court processes, with Jerry Anderson and Michael Anderson, and before and after the two additional surgeries that occurred at the Dekalb County Detention Center Infirmary, other than the surgery I had already consented to, while I was already under anesthesia and in an unconscious state.

Michael Anderson has presided over one of the above cases for theft by receiving stolen property around 2011, which involves me and Pawn Shop owner Shane Blanton from Opelika (Lee County) AL who operated a Pawn shop business in Dekalb County Georgia at the Dekalb County Superior Court. Shane Blanton made statements to the Police which lead to four warrants for my arrest. Shane Blanton never came to any of the court hearings or trial. I later found out that I already had a previous bad history with Shane Blanton many years earlier from some incidents which occurred at his Tobacco Road store in Opelika AL around 1997-1998.

P9

Since moving to Pinehurst Villas Apartments in Opelika AL, where I first heard the speaker noises coming from behind my head, many years later, since the date of the surgeries. Jerry Anderson, Christopher Hughes, Michael Anderson, and Billy Joel Holley. has presided over Municipal, State, Small Claims, and Circuit Court cases in Lee County AL. which involves Pinehurst Villas owners and tenants, while I was receiving continuous ongoing harassing communications by way of the two surgically implanted speakers located behind my head during those court hearings. These continuous ongoing harassing communications were going on before, during, and after all of those court hearings.

Billy Joel Holley has presided over one of these cases and also a probation revocation hearing at the Opelika Municipal Court.

In this case there was some confusion when it was time for me plead guilty or not guilty. The police officer at the door asked me how do you plea guilty or not guilty. I said not guilty.

P 10

When the clerk called me up to talk to the judge I was met with another surprise. There was a black female standing next to me. The judge read the charges and also asked me when is the last time you took your medication. I thought I would be there for the farmers market incident, but no charges were filed. This is the location where the police officer informed me at the time of that incident that there was a warrant for my arrest. I signed out on my own recognizance and later received a summons to appear in court. So I'm here now for a Pinehurst Villers incident which occurred upstairs from the apartment that I rented. The judge went on with the case and I was not prepared to make the right statements. I was trying to ask the judge to not hear the case and he told me its either a guilty plea or I need to post bond. We exchanged words a few times and there was an argument. We didn't get much done so he asked me to go into the next room and see a probation officer. I was never offered any type of fine or probation inside the courtroom. When I entered the room there was a police officer who came in the other door to the room

With a hostile attitude telling me to do something to the effect of sit down or move away from the door. I think this officer has been to my apartment on a few occasions banging on the door and is the same officer who came to my apartment on another occasion with another officer asking me about a gun one day many weeks after this incident which led to the warrant being issued and all of these events become one incident because the questions about the gun relates to the tenants/visitors who made the first statements outside which started all of this conflict in the first place.

When the police officers came there together I told them that I had no gun in the house and didn't own one. This information would come out in the case as the reason the tenants upstairs had to fear for their life. This is what the judge told me. The tenants upstairs and the black female who was in court testifying ~~from~~ against me started the whole argument in the first place by role playing verbal harassing communications from outside on the porch upstairs while I mind my own business inside of my apartment. I called the females names but there were no threats. The police officer said someone reported that I had a gun in my apartment. I told him there is no gun in my apartment and I don't own one. I never left my apartment or said anything threatening to any of them because I don't even know them or talk to them.

P12

That person who made that statement that I had a gun in my apartment never appeared In court to testify to that statement. The warrant was issued for harassment. All I did was respond back to the harassment the tenants and their visitors was giving me from upstairs outside of the apartment while I tend to my own business inside of my apartment. OK so the judge in this case comes in the room and ask me how much can I pay all while the police officer and probation officer are there with us! I was caught off guard by all of these events the whole time from the very beginning when the police officer at the door who may be the same police officer ask me how do I plea guilty or not guilty?

I said 20.00 and I only agreed to pay that 20.00 because of the threat of going to jail and bonding out again for a ~~charge~~ I thought I had already bonded out for before ~~the~~ summons was mailed out to the Pinehurst Villas Apartment that I was living in.

After I agreed to pay that 20100, I mailed in other amounts before I stop paying. The main reason I stop paying the fine was because I was being antagonized and harassed the whole time before, during, and after the court proceedings by way of the two surgically implanted speakers and other modified electronic appliances which when engaged can speak verbal harassing communications and death threats while trying to entice me to do things that I do not want to do which keep me in a confused state and impairs my ability to stay focused on trying to write up a complaint against the people responsible for putting it all together, I stopped making payments and a warrant was issued when I didn't show up for the court date. A warrant was issued and one day I was stopped by the Opelika Police officer and transported by another Opelika Police officer who came on the scene who was Mark Thompson. and taken to the Lee County Detention Center where I would be incarcerated 20-30 days. Once I arrived at the Lee County Jail almost every inmate in the jail cell roleplayed verbal harassing communications under those cameras the whole time while I received verbal harassing commu

P 14

nications by way of the two surgically implanted speakers located behind my head, all while they read my mind and broadcast my private thoughts by way of modified electronic air conditioner appliance located up above my head. This roleplaying verbal harassing communications and other forms of electronic harassing communications continued the whole time I was locked up. I asked to be moved when one of the inmates approached me with some hostility as he walked toward me. He approached me for walking through a group of people who was blocking me from getting to the bed as they stood in the doorway. An officer came in sometime later and moved me to another location next door where I had the same problem as soon as I walked in there. I asked to be moved again downstairs to the whole a way from everybody else.

When I went downstairs or was moved downstairs, There was groups of people sending me the same verbal harassing communications until it was time for me to leave.

An officer called me sometime after to come upstairs. I thought I would be released when I was getting dressed but the officer processing me for release

P15

told me that there was an officer here to pick me up. This was another surprise because I wasn't told about any other warrants at any other time since being stopped by the Opelika Police Department. When I seen the transport officer, I asked him what was the reason for the warrant. He said he didn't know and that I would find out once we get where we was going. It was at that time that I realized he was a Chambers County Detention Center Transport Officer. Once we arrived at the Chambers County Detention Center I noticed the same person who I seen at the Lee County Detention Center in one of the rooms with the door open sitting behind a counter to my left. When I was there I received electronic communications that that person was David Crook and now while writing I receive electronic communications that the person name is Paul Crook Jr. Once I arrived at booking the Chambers County booking officer never told me the reason for the warrant when I asked him. He said I don't know I'll check on it for you, but he never came back with that information. That warrant didn't issue until I was in custody at the Lee County Detention Center. The incident which led to that warrant is a few years old, and besides that I wrote the court some couple years or so later when I was living at the

Pinehurst Villas Apts in Opelika AL. to request a copy of the incident report or police report from the Lanett Police Department. I didn't receive a response back from them when I contacted the police department. The reason I wrote and asked for a copy of that report is so that I can have that information when I write a complaint to the United States District Court. There were people role playing verbal harassing communications from the house next door where the incident occurred thats a part of the same group of people who brought the problems to the house I was living in which led to the police being called in the first place.

I was detained at the Chambers County Detention Center for some weeks or so. ~~before~~ I had to deal the same continuos ongoing verbal harassing communications from people down stairs who I could not see all while receiving continuos ongoing harassing communications by way of the two surgically implanted speakers located behind my head. These verbal harassing communications went on the entire time I was locked up there in that jail cell. While they broadcasted my private thoughts out loud and read my mind.

P 17

When it was time for me to be released the officer who processed me out gave me some court papers with some case numbers on them but no charges. Up until the time I was released and even right now I still do not know the reason for the warrant or the charges. I didn't bother asking or maybe I did ask and they told me to contact the court When I walked outside the first person I saw was Chris Williams (brother) who just spoke the words Bettye paid it, who is my mother, I didn't bother asking him anything about that situation because we don't have a good relationship and thats why I didn't call him to come pick me up. I never went to court for any of these charges So I never had a chance to contest any of it. I went over to West Point the next day and just paid her for what Chris Williams said she paid out for me. I didn't ask her to pay it and I didn't ask no questions. In order for me to prevent a possible argument I just paid her that amount what the court said I owed.

P 18

On or about Dec 13 2018 - Jan 23 2019
Jeanette Little, Saeed A. Shah, and Michael
Anderson set up two depositions not too long
after the two surgically implanted speakers
were turned on at the Pinehurst Villas Apts.
These two depositions took place at the Bullock
County Hospital in Union Springs AL and the High
Intensity Psychiatric Unit at the Tuskegee VA
Medical Center Campus at BLDG 400.
These two surgically implanted speakers remained
on the entire time before and during the deposi
tions while I answered questions.
I had to listening to verbal harassing communi
cations and death threats coming from the speakers
while trying to stay focused and concentrate on the
questions being answered.
Since the two social worker visits at the Dekalb
County Detention Center, where the two additional
Surgeries took place, this is the first time that
I have been in a court setting with a doctor
and two magistrate judges along with other
black females who attended the depositions, while
receiving electronic communications by way of
the two surgically implanted speakers from
that surgery while they read my mind by
way of a mind reader device from that surgery.

P19

On about Dec 13, 2018 - Jan 23, 2019

Jeanette Little conducted a deposition and misrepresented me when she told me that she would acting as my nurse practitioner and would be asking me a series of questions about PTSD. Jeanette Little did not give me any prior notice about this deposition until I arrived at the room where the deposition was to take place. I know Jeanette Little to be a Magistrate Judge in Lagrange Georgia, and not a nurse practitioner. A black female nurse whose name I do not know, came up to me and said Leroy Williams, you need to get to go and see Dr Shah upstairs. She attended this deposition, or it was another black nurse who attended along with me and Saeed Shah.

When the nurse came back to get me we went up stairs to a private room. I don't remember ever talking to Dr Shah about anything before the deposition started. This was the first time I had ever met Dr Shah. When the deposition ~~question~~ was over I left and went back downstairs. Saeed Shah never added any comments while the deposition was going on.

On or about Dec 13, 2018 - Jan 23 2019

Michael Anderson conducted a deposition and misrepresented me. when he and Saeed Shah along with some female members of the Flournoy family attended a deposition along with me at the High Intensity Unit at the Tuskegee VA Medical Center BLDG 400. Michael Anderson asked me some questions about some of my life experiences and how I feel about black, and white people along with some other questions. I never knew I would until I was there in the room where the deposition was to take place.

P 20

I dont remember Saeed Shah talking to me before or after this deposition on that day. There is a conflict of interest between me, Michael Anderson, Saeed Shah, and members of the Flournoy family who work at the High Intensity psychiatric unit. This conflict of interest came about from previous court cases and previous police investigations with the Lanett Police Department. There is also a conflict of interest between me and Jeanette Little from previous court cases in the Troup County State and Superior Court which was Drivers License Fraud and Harassing phone calls 3-4 different court appearances. (The case was clean docketed). There is also a previous bad history between me and Michael Anderson at the Dekalb County State and Superior Court one for disrupting court and another for theft by receiving stolen property. The pawn shop owner Shane Blanton who made statements against me never came to court. I plead guilty but I later found out that I had a previous history with Shane Blanton many years earlier at his Tobacco Road store in Opelika AL.

Saeed A. Shah conceited a cause of action for 2 counts of medical battery when a doctor or doctors performed two additional surgeries at the Dekalb County Detention Center Infirmary while I was already under anesthesia for a surgery to correct a pneumothorax (collapsed lung). Saeed A. Shah has never told me at anytime that Robert Flournoy Jr and Tai Flournoy would be sending me continuous ongoing electronic communications by way of the two surgically implanted

speakers located behind my head while reading my mind.

Saeed Shah has never at any time told me the name(s) of the doctor(s) who performed the two additional surgeries to implant a mind reader device inside my head and two speakers behind my head.

The first doctor I seen after the speakers were turned on at the Pinehurst Villas Apts was Surya Mudragada. He was also the first doctor I seen before I was taken to Bullock County Hospital. The two surgically implanted speakers were on the entire time I was there talking to him at the Tuskegee VA Mental Health. He never said anything about a deposition and he never told me who the doctor(s) were that performed the two additional surgeries at the Dekalb County Jail Infirmary.

I                                            other than Saeed Shah,
The only other doctor I seen at the High Intensity Psychiatric Unit, was Jeffrey Jones. Jeffrey Jones asked me on a few occasions was I hearing voices. I told him yea I was hearing voices but I never mentioned anything to him about the two surgically implanted speakers. The speakers were turned on at a low volume.

The only other name provided to me came by way of the electronic communications. David Jacobs is the name for the surgery that I heard by way of the two surgically implanted speakers that performed the surgery to correct the pneumothorax. P22

He never told me any information about any additional surgeries that were performed in additional to the one that I consented to.

On the dates of 05/31/2022, 09/08/2022, 12/19/2022, and 03/22/2023, David Mieles failed to properly addressed the problems I told him I was experiencing with the two surgically implanted speakers located behind my head, and he failed to the problems I told him I was experiencing with the mindreader device.

During my previous visits with David Mieles, I have told him on more than one occasion, that these two surgically implanted speakers located behind my head, and a surgically implanted mind reader device are being used to send me continuous ongoing harassing communications from a concealed location that I have no control over.

I have experienced ongoing stalling tactics and inconvenience, and more stressful events from David Mieles such as giving me the runarounds and setting up an appointment that I didn't need and never asked him to set up in the first place which was an independant living class.

David Mieles has repeatedly failed to refer me to a doctor for an examination to correct the problems I told him I was experiencing from the two surgically implanted speakers located behind my head. He never examined me or took it upon himself to examine my head for orthoscopic incisions which I can feel myself that I never knew was there or provide me with an alternative treatment plan.

P24

David Mieles failed to properly explain to me why he could not provide me with a treatment plan or a referral to see a doctor for a treatment plan.

David Mieles has addressed other issues that I never asked him to help me with such as applying for Social Security Disability. I told him that I don't have enough hours to apply for Social Security Disability but he kept on trying to entice me to do so.

David Mieles has addressed the Homeless Veteran Program to me when I never asked him to do so. I told him I no longer need the homeless Veteran Program which never worked out for me in the first place. I lost access to that program at the Pinehurst Villas Apts and I have been living on my own ever sense.

On another occasion David Mieles referred me to an independant living counselor which is something else I never asked him to do for me. I called the independant living counselor and we all spoke on a three way conversation and I told both of them that I didn't need an independant living class to help me live a better life. And besides I can take care of myself just fine ~~when~~ when I'm not being harassed by way

of these two surgically implanted speakers located behind my head. Along with other modified electronic appliances located inside and outside of the apartment, and motels that I rent, while other groups of people role play verbal harassing communications while lis tening at my private thoughts play out loud on other peoples property and from behind my head.

David Mieles has not properly documented the infor mation about the problems I have been experiencing from the two surgically implanted speakers located behind my head.

I have never spoke anything to David Mieles about requesting a brain surgery, and even if I did request a brain surgery he never set up an appointment with a doctor for me to be examined and the reason for the brain surgery.

On my last appointment with David Mieles, other than the one when he filled a prescription for me, someone other than myself waited until I had made the drive to VA Tuskegee to cancel my last appointment. The A black female just told me when I went to check in that David Mieles is out today and didn't come in. She just told me the appointment was canceled. I had already confirmed by text message two dif ferent times that I would make the appointment.

I never had a chance to talk to David Mieles again Other than the day he didn't really see me which was when I came to request a prescription after he Failed to send the prescription in a few times.

P 26

I talked to a nurse who asked me questions. She told me to go to the lobby and wait on David Mieles. A few minutes passed by and David Mieles showed up and said I will mail your medication. So I didn't get any medication that day either after waiting for a long time to get it. It took me a long time to receive that medication. That was the last time I talked to David Mieles.

IV Irreparable Injury

(Altering a bodypart (my head)

Actual and Constructive Possession of
two surgically implanted speakers located
behind my head, and a mindreader device
located behind my head.

Actual and Constructive Possession of modified
electronic appliances located inside the apartments
that I rent, the hotel/motel rooms that I rent,
the automobiles that I drive, the automobiles that
other people drive who follow me around, and on
other peoples property where I go to do business,
and in other public places, that is used to
assist other people at those locations who roleplay
verbal harassing communications.

Setting up control of the two surgically implanted
speakers, the mindreader device, and other modified
electronic appliances that work together as a unit,
with people who work at the ) High Intensity Psychi
atric Unit, who use my past runins with the law,
Ill will, and revenge as the reasons for setting up
~~and s~~ electronics to send electronic communica
tions to the back of my head, and into my living
spaces, and who use a computer program to
send me harassing communications in a black

P28

gay man's voice while at the same time using many different funny voices.

Misusing a mindreader device to create continuous ongoing conflicts (arguments) between me and a modified airconditioner appliance (Antagonist) which can speak verbal harassing communications right into my living spaces when it is turned on, and using a modified airconditioner appliance located inside other tenants rooms and apartment located outside of the one I rent to broadcast my private thoughts and assist those people inside of those rooms or apartment. who role play verbal harassing communications.

Misusing two surgically implanted speakers that I have no control over to raise their volume to loud levels, vibrate them against the back of my head, antagonize about stalling tactics, inconveniences, such as cancelling appointments at the last minute, little or no dental services, the doctor's failure to act, failure to inform about turning on the speakers and reading my mind, my past runins with the law,

Misusing the two surgically implanted speakers to send me messages about family members and use their names to create conflicts between me and them and other people.

Misusing the two surgically implanted speakers and a modified airconditioner appliance to send me messages

P29

that family members and other people who I have met from my past, were dead when in fact they were not.

Organizing many different groups of people who follow me around on other peoples property, or who live on that property where I live, or where I go in other public places such as the Opelika Public Library, where those tenants/customers, and people who work at those places roleplay verbal harassing communications, while the business owners allow modified electronic appliances to be set up on that property, and used to broadcast my private thoughts out loud for everyone on the property to hear, while the doctor (Saeed Shah) and other people who work at the High Intensity Psychiatric Unit, read my mind and coordinate their activities with the employees and customers/tenants who live on that property or who visit that property.

Concealment of two additional surgeries that the doctor who talked to me after the surgery never told me about for 9-10 years before alerting me by way of turning on those two surgically implanted speakers.

Reading my mind sometime shortly after the surgery and continuing to read my mind since that day without a notice and opportunity to be heard.

P 30

Misrepresentation at deportion hearings

Concealment of a cause of action for 2 counts of medical battery, and concealment of other causes of action after the surgeries were performed.

Concealment of the names of all of the doctors who performed the two additional surgeries and Concealing the name of the doctor(s) who spoke to me Immediately after the surgery.

Concealment of medical records when I wrote requesting medical records at the Dekalb County Detention Center Medical Department, and the Bullock County Hospital.

Concealment of Police Reports at the West Point Police Dept, Lanett Police Dept and Opelika Police Dept for cases which involve people who took part in roleplaying verbal harassing communications or texting verbal harassing communications which started the whole conflict in the first place before charges were filed.

No notice and opportunity to be heard before turning on two surgically implanted speakers located behind my head and reading ~~mine~~ my mind by way of a surgically implanted mindreader device.

No notice and opportunity to be heard before reading my mind and sending me electronic communications before, during, and after court proceedings and depositions,

Damage to reputation while at the same time interfering with Social relationships by creating conflicts between me and other people while inducing Social Isolation P31

# Irreparable Injury

Creating a computer program for revenge and ill will purposes, and creating an antagonist or an adversary in the image of a black gay man for entertainment purposes for the general public and me who listens to it, and speaks for every one including me even when I don't want it to do so, by way of taking advantage of an involuntary setting that I have very little or no control over when the involuntary setting is been used by people other than myself, to establish electronic communications between me, itself, and other private parties who listen to it, while using revenge and my past runins with the law and my past behavior in the Dekalb County State and Superior Courts, the Troup County State and Superior Courts, the Opelika Municipal Court, Lee County Small Claims Court, and the Lee County Circuit Court as there reasons for sending the harassing communications, name calling, using different funny voices, dancing around in the back of my head while sending strong vibrations, antagonizing me about everything that has gone bad at VA Tuskegee, Opelika Dental Arts, everything that was reported on credit reports that was inaccurate and should not have been there, loosing access to HUD Vash Program and affordable housing before moving in hotels and motels, interfering with my home buying process,   P32

Interfering with my ability to stay focused and to distract me from remembering important things that I need to do by creating confusion and keeping me impaired by trying to keep up with too many things that are going on around me, and this caused me to lose access to a credit card which was cancelled because I wasn't focused on checking my email and didn't verify my identity.

Sending me harassing communications right into my living spaces and antagonizing me about the patient care advocate lack of interest in helping me with the surgically implanted mindreader device and the two surgically implanted speakers located behind my head, and David Mueles failure to refer me to a doctor for a treatment plan for the two surgically implanted speakers and the surgically implanted mindreader device.

Using a computer program to alter my normal personality into one that people won't like to create a bad self image and to keep me from being able to develope social relationships which are favorable to me.

P 33

# Irreparable Injury continued

The parties to this complaint
has placed a burden on me to
do due diligence and research
information while under intense ongoing
infliction of emotional distress and they
also created ongoing conflicts between
me and court personnel before, during
and after court proceedings by way of
using a modified airconditioner/heater
thats installed inside of everyone of the
motel rooms I have rented since moving
from Pinehurst Villas Apartments. This appliance
can deliver verbal harassing communications
when it is turned on and it can also induce
verbal arguments between me and itself
while I'm trying to read or write.
This appliance when not in use means I
get no heating or airconditioning, and then
someone outside my living spaces just turn
on another one that does the same thing.

P 34

# Relief

Toll the statute of limitations for concealment of two additional surgeries which was performed while I was already unconscious and under anesthesia for another surgery that I had already consented to. Toll the statute of limitations for concealing those two surgeries until many years later (9-10 years). Toll the statute of limitations from the date that I discovered all of the factual circumstances to establish a right of action. Toll the statute of limitations for the new claims with new limitation periods that arose out of facts that formed as part of a series with the original wrongs that is continuous and ongoing today.

P 35

Relief continued

A hearing for a preliminary injunction with Jeanette Little, Saeed Shah, Michael Anderson, David Mieles, Michael Porter, Robert Flournoy Jr., and Tazi Flournoy.

A special court order for Saeed Shah to stop sharing my private information to third parties by way of electronic communications who mis use it and who has no right of access to it.

A special court order for David Mieles or Saeed Shah to set up an appointment with a doctor for an examination and a treatment plan with treatment options for removal of the two surgically implanted speakers located behind my head and the mind reader device located inside my head, or a non invasive way to turn them off permanently. So that they can never be used or turned on again.

A special court order to confiscate all of the property which is being used at the High Intensity Psychiatric Unit, and other public places which is being used to read my mind, and send me continuos ongoing harassing communications, which interferes with all of my independant living activities, and causes me to be impaired while inflicting emotional distress, by way of the two surgically implanted speakers and other modified electronic air condition appliances located inside and outside of the apartment that I live in, and inside and outside of the motels that I rent.

P 36

Relief continued

A special court order for private parties to stop tampering with the automobiles that I buy which has been modified to send me electronic verbal harassing communications which interferes with my ability to stay focused and concentrate on the road while I'm driving,

A special court order for private parties to stop modifying other peoples automobiles and trucks which expose my private thoughts by way of modifying their engines and installing speakers. and any other way which allows the vehicle to send me verbal harassing communications.

A special court order to discontinue the electronic monitoring program that is set up by private parties in the community, along with business owners, the sheriff department and the police department, who coordinate with each other.

A special court order for private parties to stop organizing groups of people who follow me around on other peoples property and role play verbal harassing communications at businesses where I shop, and at other public places where I go to do business, along with the people who work at those places under the CCTV security cameras.

P 37

Relief continued

$ 200,000 - The Value of a preapproval letter
$ 48,000 - Hotel / Motel Expenses (Rent)
$ 20,000 - The value of 4 used automobiles (tampering with auto)
$ 4,000 - For loss of access to a Discover credit card
$ 272,000   Economic Damages

$ 2,000,000 - Non Economic Damages
   Pain and Suffering
   Emotional Distress, Intentional Infliction of Emotional
   Distress
   Loss of Enjoyment of Life

   $ 2,000,000 Punitive Damages

P 38

**Retail**

U.S. POSTAGE PAID
PME
OPELIK̶A̶ AL 36801

PRESS FIRMLY TO SEAL


FSC
MIX
Board
FSC® C116916

PAPER POUCH

PRESS FIRMLY TO SEAL

36104    **$32.00**

RDC 07    S2324K502059-39

# PRIORITY MAIL EXPRESS®

UNITED STATES POSTAL SERVICE®

## PRIORITY MAIL EXPRESS®

EI 383 311 165 US

## FLAT RATE ENVELOPE
### ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( 3344441215

Leroy Williams
P.O. Box 243
Opelika AL 36803

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

United States District Court
Middle District of Alabama
1 Church St
Montgomery AL 36104

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day    ☒ 2-Day    ☐ Military    ☐ DPO
PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage
36801    11/6/24    $ 32.00

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    
11/4/24    ☒ 3:00 PM    $    $

Time Accepted    ☐ AM ☒ PM    Return Receipt Fee    Live Animal Transportation Fee
1:01    $    $

Special Handling/Fragile    Sunday/Holiday Premium Fee    Total Postage & Fees
$    $    $ 32.00

Weight    ☒ Flat Rate    Acceptance Employee Initials
_____ lbs. _____ ozs.    M̶E̶    $

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM    Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996


PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2


PAPER POUCH
how2recycle.info






UNITED STATES POSTAL SERVICE

This package is made from post-consumer waste. Please recycle – again.